UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DUNKIN' DONUTS INCORPORATED
a Delaware corporation

      Plaintiff,

vs.

GULFSTREAM PARK RACING
ASSOCIATION, INC., a Florida Corporation,

      Defendants.
_____/

SUMMONS IN A CIVIL ACTION

CASE NO: 00-6226

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

TO:   Gulfstream Park Racing Assocociation, Inc.
       c/o its Registered Agent
       C. T. Corporation System
       1200 South Pine Island Road
       Plantation, FL 33324

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

              Paul D. Watson, Esq.
              Bush Ross Gardner Warren & Rudy, P.A.
              220 S. Franklin Street
              Tampa, FL 33602
              813-224-9255

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
_____
CLERK

_____
BY DEPUTY CLERK

February 15, 2000
_____
DATE