UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DUNKIN' DONUTS INCORPORATED
a Delaware corporation

       Plaintiff,

vs.

GULFSTREAM PARK RACING
ASSOCIATION, INC., a Florida Corporation
and LEVY PREMIUM FOOD SERVICE, INC.,
a foreign corporation d/b/a LEVY RESTAURANTS
at GULFSTREAM PARK,

       Defendants.
_____/

SUMMONS IN A CIVIL ACTION

CASE NO: 00-6226-CIV-Ungaro-Benages

TO:   Levy Premium Food Service, Inc.
       d/b/a Levy Restaurants at Gulfstream Park
       c/o its Registered Agent
       C. T. Corporation System
       1200 South Pine Island Road
       Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

       Paul D. Watson, Esq.
       Bush Ross Gardner Warren & Rudy, P.A.
       220 S. Franklin Street
       Tampa, FL 33602
       813-224-9255

an answer to the amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.

Clarence Maddox
_____
CLERK

_____
BY DEPUTY CLERK

FEB 2 2 2000
_____
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

                                        _____
                                        Address of Server

195498.2

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.