UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DUNKIN' DONUTS INCORPORATED  ALIAS SUMMONS IN A CIVIL ACTION
a Delaware corporation

       Plaintiff,

                                  CASE NO:00-6226-CIV-Ungaro-Benages

vs.

GULFSTREAM PARK RACING
ASSOCIATION, INC., a Florida Corporation,

       Defendants.
_____/



FILED by _____ D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO:   Gulfstream Park Racing Assocociation, Inc.
       c/o its Registered Agent
       C. T. Corporation System
       1200 South Pine Island Road
       Plantation, FL 33324

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

                 Paul D. Watson, Esq.
                 Bush Ross Gardner Warren & Rudy, P.A.
                 220 S. Franklin Street
                 Tampa, FL 33602
                 813-224-9255

an answer to the amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.

Clarence Maddox
_____
CLERK

_____
BY DEPUTY CLERK

FEB 2 2 2000
_____
DATE

FEB 2 5 2000

Rec'd in MIA Dkt _____