UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA

FILED BY_____D.C.
2000 MAR 16 AM 9:58
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIA

DUNKIN' DONUTS INCORPORATED,
A Delaware Corporation,

            Plaintiff,

v.

GULFSTREAM PARK RACING
ASSOCIATION, INC.,
a Florida Corporation, and
LEVY PREMIUM FOOD SERVICE,
INC., a foreign corporation, d/b/a
LEVY RESTAURANTS AT
GULFSTREAM PARK,

            Defendants.

Case No: 00-6226-CIV-Ungaro-Benages

Magistrate Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Setting Initial Planning and Scheduling Conference entered by the Court on March 7, 2000, has been furnished by U.S. Mail, postage prepaid, to David S. Romanik, Esq., Romanik Huss & Ivers, 20170 Pines Blvd., Suite 302, Pembroke Pines, Florida 33029 and Scott Hochfelder, Esq., Levy Premium Food Services, Inc., 980 N. Michigan Avenue, Suite 400, Chicago, IL 60611, on the 13th day of March, 2000.

_____
Paul D. Watson, Trial Counsel
Florida Bar No.: 957224
BUSH ROSS GARDNER WARREN & RUDY, P.A.
220 S. Franklin Street
Tampa, FL 33602
(813) 224-9255
(813) 223-9620 (telecopy)

Robert L. Zisk
David E. Worther
Richard L. Creech
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC  20037
(202) 333-8820

Attorneys for Plaintiff
Dunkin' Donuts Incorporated

197621.1