FILED by _____ D.C.

MAY 03 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6226-CIV-UNGARO-BENAGES

DUNKIN' DONUTS INC.,
    Plaintiff,

vs.

GULFSTREAM PARK RACING
    ASSO., INC., et al.,
    Defendants.
_____/

**ORDER REQUIRING SUPPLEMENT TO JOINT SCHEDULING REPORT AND REQUIRING EXPEDITED FILING**

THIS CAUSE is before the Court *sua sponte* upon receipt of the parties' Scheduling and Status Report, filed May 2, 2000.

THE COURT has reviewed the Report, the pertinent portions of the record, and is otherwise fully advised in the premises. In light of Plaintiff's representation that the Defendants in this action have not yet answered the Complaint and that the agreed answer date is May 10, 2000, it is hereby

ORDERED AND ADJUDGED that **no later than 4:00 Thursday, May 11, 2000, the parties shall file and deliver to Chambers a copy of their Joint Scheduling and Status Report that is in full compliance with the Court's March 13, 2000 Order Setting Initial Planning and Scheduling Conference.** *See* Local Rule 16.1.B; Scheduling Order, ¶¶ 14, 15.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided via fax & mail:
counsel of record

