# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION



CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DUNKIN' DONUTS INCORPORATED,  )
a Delaware corporation,                        )          Case No.: 00-6226-CIV-Ungaro-Benages
                                                            )
                          Plaintiff,               )          Magistrate Brown
                                                            )
v.                                                       )
                                                            )
GULFSTREAM PARK RACING            )
ASSOCIATION, INC., a Florida              )
corporation, LEVY PREMIUM FOOD    )
SERVICE, INC., a foreign corporation,  )
d/b/a LEVY RESTAURANTS AT           )
GULFSTREAM PARK,                        )
                                                            )
                          Defendants.          )
_____)

## NOTICE OF FILING STATEMENTS
## OF ROBERT L. ZISK, LARRY H. MITCHELL AND RICHARD L. CREECH

PLEASE TAKE NOTICE that on the 8th day of May, 2000, the undersigned attorneys for

Plaintiff Dunkin' Donuts Incorporated caused to be filed with the Clerk of the United States District

Court for the Southern District of Florida, Miami Division, the attached original Statements of

Robert L. Zisk, Larry H. Mitchell and Richard L. Creech.

I HEREBY CERTIFY that a true and correct copy of the Notice of Filing Statements of

Robert L. Zisk, Larry H. Mitchell and Richard L. Creech has been furnished by U.S. Mail, postage



prepaid, to David S. Romanik, Esq., Romanik Huss & Ivers, 20170 Pines Blvd., Suite 302, Pembroke

Pines, Florida 33029 and Mark K. Suri, Esq., Much Shelist Freed Denenberg Ament & Rubenstein,

200 N. LaSalle St., Suite 2100, Chicago, Illinois 60601, on the _____ day of May, 2000.

PAUL D. WATSON
(Florida Bar No. 957224)
R. J. HAUGHEY, II
(Florida Bar No. 0123617)
Bush, Ross, Gardner, Warren & Rudy, P.A.
220 South Franklin Street
Tampa, FL 33602
Phone: (813) 224-9255
Fax: (813) 223-9620

ROBERT L. ZISK
LARRY H. MITCHELL
RICHARD L. CREECH
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
Phone: (202) 333-8800
Fax: (202) 625-3311

Attorneys for the Plaintiff
Dunkin' Donuts Incorporated

201353.1