UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA



NIGHT BOX
FILED

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, A Delaware Corporation, <br><br> Plaintiff, <br> v. <br><br> GULFSTREAM PARK RACING ASSOCIATION, INC., A Florida Corporation, LEVY PREMIUM FOOD SERVICE, INC., a foreign corporation, d/b/a LEVY RESTAURANTS AT GULFSTREAM PARK, <br><br> Defendant. | Case No. 00-6226-CIV-Ungano-Benages <br><br> Magistrate Brown |

## STATEMENT OF RICHARD L. CREECH

Richard L. Creech hereby submits this written statement in accordance with Local Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and respectfully states as follows:

1.  I hereby certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2.  I hereby consent to the designation of Paul D. Watson, of the law firm of Bush Ross Gardner Warren & Rudy, P.A. as local counsel in this case and whose address and telephone number are as follows:

Paul D. Watson, Esq.
Bush Ross Gardner Warren & Rudy, P.A.
220 S. Franklin Street
Tampa, FL 33602
(813) 224-9255
(813) 223-9620 (FAX)

Date: May 5, 2000.

_____
Richard L. Creech