


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED, )<br>A Delaware Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GULFSTREAM PARK RACING )<br>ASSOCIATION, INC., )<br>A Florida Corporation, )<br>LEVY PREMIUM FOOD SERVICE, )<br>INC., a foreign corporation, d/b/a )<br>LEVY RESTAURANTS AT )<br>GULFSTREAM PARK, )<br>)<br>Defendant. )<br>) | Case No. 00-6226-CIV-Ungaro-Benages<br><br>Magistrate Brown |

## MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

Robert L. Zisk, Larry H. Mitchell and Richard L. Creech (collectively, the "Movants") of the law firm of Schmeltzer, Aptaker & Shephard, P.C., pursuant to Local Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, move for special admission to appear in this case *pro hac vice* as counsel for Plaintiff Dunkin' Donuts, Incorporated ("Dunkin'").

## MEMORANDUM OF LAW

1. Local Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida provides:

> Any attorney who is a member in good standing of any bar of any
> United States Court, or the highest court of any State or Territory
> or Insular Possession of the United States, but is not admitted to



>practice in the Southern District of Florida, may, upon written application, be permitted to appear and participate in a particular case. A certification that the applicant has studied the local rules shall accompany application together with such appearance fee as may be required by administrative order. If granted, such limited appearance shall not constitute formal admission. The application shall designate a member of the bar of this Court who maintains an office in this district for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. The application must be accompanied by a written statement consenting to the designation, and the address and telephone number of the named designee. Provided, however, that upon written motion and for good cause shown this Court may waive or modify the requirements of such designation.

2. Robert L. Zisk is an attorney residing in Virginia, and thus, is not a resident of the State of Florida.

3. Robert L. Zisk is a member in good standing of the bar of the District of Columbia.

4. Robert L. Zisk is admitted to practice in the United States Court of Appeals for the District of Columbia, Second, Third, Fourth, Eighth and Tenth Circuits. He is also admitted to practice in the United States District Courts of the District of Columbia and the District of Maryland. The Statement of Robert L. Zisk required by the above-referenced rule is attached hereto as Exhibit "A" and is incorporated herein by reference.

5. Larry H. Mitchell is an attorney residing in Potomac, Md., and thus, is not a resident of the State of Florida.

6. Larry H. Mitchell is a member in good standing of the bars of the District of Columbia and the State of Maryland.

7. Larry H. Mitchell is admitted to practice in the United States Court of Appeals for the Seventh Circuit. He is also admitted to practice in the United States District Courts for the

District of Columbia and Maryland. The Statement of Larry H. Mitchell required by the above-referenced rule is attached hereto as Exhibit "B" and is incorporated herein by reference.

8. Richard L. Creech is an attorney residing in the District of Colombia, and thus, is not a resident of the State of Florida.

9. Richard L. Creech is a member in good standing of the bars of the District of Columbia and the State of Illinois.

10. Richard L. Creech is admitted to practice in the United States Court of Appeals for the Seventh Circuit. He is also admitted to practice in the United States District Courts for the District of Columbia and the Northern District of Illinois. The Statement of Richard L. Creech required by the above-referenced rule is attached hereto as Exhibit "C" and is incorporated herein by reference.

11. Paul D. Watson of the law firm of Bush Ross Gardner Warren & Rudy, P.A. ("Bush Ross"), a member in good standing of the bar of the State of Florida and this Court, will act and accepts the designation as local counsel for Dunkin' in this case. Movants respectfully request that the Court waive the requirement that local counsel maintain an office in the District and allow Bush Ross to act as local counsel. Bush Ross has represented Dunkin' for many years, and is familiar with the rules governing practice in the Southern District of Florida.

12. The relief requested herein will permit Dunkin' to maintain counsel of choice and will not prejudice any party.

WHEREFORE, Movants respectfully request entry of the proposed Order Admitting Attorneys to Appear Pro Hac Vice and such other relief as it deems just and proper.

Respectfully submitted,

[signature]

Paul D. Watson
Florida Bar #957224
BUSH ROSS GARDNER WARREN & RUDY, P.A.
220 South Franklin Street
Tampa, Florida 33602
(813) 224-9255
(813) 223-9620 (telecopy)

Robert L. Zisk
Larry H. Mitchell
Richard L. Creech
SCHMELTZER,, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiff
Dunkin' Donuts Incorporated

Dated: May __8__, 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion for Admission to Appear Pro Hac Vice has been furnished by U.S. Mail, postage prepaid, to David S. Romanik, Esq., Romanik Huss & Ivers, 20170 Pines Blvd., Suite 302, Pembroke Pines, Florida 33029 and Mark K. Suri, Esq., Much Shelist Freed Denenberg Ament & Rubenstein, 200 N. LaSalle St., Suite 2100, Chicago, Illinois 60601, on the \_\_\_8th\_\_\_ day of May, 2000.

_____
Attorney

201060.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED, ) <br> A Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GULFSTREAM PARK RACING ) <br> ASSOCIATION, INC., ) <br> A Florida Corporation, ) <br> LEVY PREMIUM FOOD SERVICE, ) <br> INC., a foreign corporation, d/b/a ) <br> LEVY RESTAURANTS AT ) <br> GULFSTREAM PARK, ) <br> ) <br> Defendant. ) | Case No. 00-6226-CIV-Ungano-Benages <br><br> Magistrate Brown |

## STATEMENT OF ROBERT L. ZISK

Robert L. Zisk hereby submits this written statement in accordance with Local Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and respectfully states as follows:

1. I hereby certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2. I hereby consent to the designation of Paul D. Watson, of the law firm of Bush Ross Gardner Warren & Rudy, P.A. as local counsel in this case and whose address and telephone number are as follows:



ATTACHMENT / EXHIBIT A

Paul D. Watson, Esq.
Bush Ross Gardner Warren & Rudy, P.A.
220 S. Franklin Street
Tampa, FL 33602
(813) 224-9255
(813) 223-9620 (FAX)

Date: May 5, 2000.

_____
Robert L. Zisk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## IN AND FOR FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, )<br>A Delaware Corporation, )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>GULFSTREAM PARK RACING )<br>ASSOCIATION, INC., )<br>A Florida Corporation, )<br>LEVY PREMIUM FOOD SERVICE, )<br>INC., a foreign corporation, d/b/a )<br>LEVY RESTAURANTS AT )<br>GULFSTREAM PARK, )<br>  )<br>Defendant. )<br>_____) | Case No. 00-6226-CIV-Ungano-Benages<br><br>Magistrate Brown |

### STATEMENT OF LARRY H. MITCHELL

Larry H. Mitchell hereby submits this written statement in accordance with Local Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and respectfully states as follows:

1.  I hereby certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2.  I hereby consent to the designation of Paul D. Watson, of the law firm of Bush Ross Gardner Warren & Rudy, P.A. as local counsel in this case and whose address and telephone number are as follows:


ATTACHMENT / EXHIBIT

Paul D. Watson, Esq.
Bush Ross Gardner Warren & Rudy, P.A.
220 S. Franklin Street
Tampa, FL 33602
(813) 224-9255
(813) 223-9620 (FAX)

Date: May 5, 2000.

_____
Larry H. Mitchell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, )<br>A Delaware Corporation, )<br>          )<br>                    Plaintiff, )<br>     v.          )<br>          )<br>GULFSTREAM PARK RACING )<br>ASSOCIATION, INC., )<br>A Florida Corporation, )<br>LEVY PREMIUM FOOD SERVICE, )<br>INC., a foreign corporation, d/b/a )<br>LEVY RESTAURANTS AT )<br>GULFSTREAM PARK, )<br>          )<br>                    Defendant. )| Case No. 00-6226-CIV-Ungano-Benages<br><br>Magistrate Brown |

### STATEMENT OF RICHARD L. CREECH

Richard L. Creech hereby submits this written statement in accordance with Local Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and respectfully states as follows:

1. I hereby certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2. I hereby consent to the designation of Paul D. Watson, of the law firm of Bush Ross Gardner Warren & Rudy, P.A. as local counsel in this case and whose address and telephone number are as follows:


ATTACHMENT / EXHIBIT C

Paul D. Watson, Esq.
Bush Ross Gardner Warren & Rudy, P.A.
220 S. Franklin Street
Tampa, FL 33602
(813) 224-9255
(813) 223-9620 (FAX)

Date: _May 5_, 2000.

_____
Richard L. Creech