UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR FORT LAUDERDALE, FLORIDA



DUNKIN' DONUTS INCORPORATED,
A Delaware Corporation,

        Plaintiff,

v.

GULFSTREAM PARK RACING
ASSOCIATION, INC.,
A Florida Corporation,
LEVY PREMIUM FOOD SERVICE,
INC., a foreign corporation, d/b/a
LEVY RESTAURANTS AT
GULFSTREAM PARK,

        Defendant.

Case No. 00-6226-CIV-Ungaro-Benages

Magistrate Brown

## ORDER ADMITTING ATTORNEYS TO APPEAR PRO HAC VICE

THIS MATTER was considered without hearing on the Motion for Admission to Appear Pro Hac Vice filed by Robert L. Zisk, Larry H. Mitchell and Richard L. Creech and good cause appearing, it is

ORDERED that Robert L. Zisk, Larry H. Mitchell and Richard L. Creech may appear before the Court *pro hac vice* as counsel for Dunkin' Donuts, Incorporated in this case.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida, this _10_ day of ___May___ 2000.

Ursula Ungaro-Benages
United States District Judge

cc: Robert L. Zisk, Esquire
     Paul D. Watson, Esquire
     David S. Romanik, Esquire
     Mark K. Suri, Esquire

201066.1