UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6226-CIV-UNGARO-BENAGES

DUNKIN' DONUTS, INC.,

    Plaintiff,

vs.

GULFSTREAM PART RACING
ASSO., INC., et al.,

    Defendants.

_____/

FILED by CM D.C.
MAY 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court based on Plaintiff's Notice of Settlement on May 10, 2000.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions **MUST** be received by this Court **on or before May 25, 2000**. If such papers are not filed within the time specified, this matter will be **DISMISSED** without further notice. Within 60 days of the Dismissal Order, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at the United States District Courthouse in Miami, Florida, this 11 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record