# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## IN AND FOR FORT LAUDERDALE, FLORIDA

DUNKIN' DONUTS INCORPORATED, )
A Delaware Corporation, )
 )
                Plaintiff, )   Case No. 00-6226-CIV-Ungaro-Benages
v. )
 )   Magistrate Brown
GULFSTREAM PARK RACING )
ASSOCIATION, INC., )
A Florida Corporation, )
LEVY PREMIUM FOOD SERVICE, )
INC., a foreign corporation, d/b/a )
LEVY RESTAURANTS AT )
GULFSTREAM PARK, )
 )
                Defendant. )
_____)

FILED MAY 11 2000
CLARENCE MADDOX
CLERK USDC / SDFL / MIA

## NOTICE OF SETTLEMENT IN PRINCIPAL

Plaintiff Dunkin' Donuts Incorporated ("Dunkin'"), by and through undersigned counsel and pursuant to the instructions of the Court, hereby files this Notice of Settlement In Principal and states as follows:

1. The parties have reached a settlement in principal, which is currently being finalized and documented. The parties anticipate that this process will take approximately five to seven days. Upon finalization of the settlement, Dunkin' will immediately notify the Court and file appropriate documentation dismissing this case. Dunkin' anticipates that this will be accomplished in advance of the rescheduled status conference on May 26, 2000 at 10:00 a.m.



Respectfully submitted,

*Paul D. Watson*
Florida Bar No. 957224
R.J. Haughey II
Florida Bar No. 0123617
BUSH ROSS GARDNER WARREN
 & RUDY, P.A.
220 South Franklin Street
Tampa, Florida 33602
(813) 224-9255
(813) 223-9620 (telecopy)

Robert L. Zisk
Larry H. Mitchell
Richard L. Creech
SCHMELTZER,, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiff
Dunkin' Donuts Incorporated

Dated: May 11, 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Settlement in Principal has been furnished via telecopy and U.S. Mail, postage prepaid, to David S. Romanik, Esq., Romanik Huss & Ivers, 20170 Pines Blvd., Suite 302, Pembroke Pines, Florida 33029, (954) 443-3067 (fax) and Mark K. Suri, Esq., Much Shelist Freed Denenberg Ament & Rubenstein, 200 N. LaSalle St., Suite 2100, Chicago, Illinois 60601, (312) 621-1750 (fax), and at special instruction of the Court, to Kathryn Harlan, Chambers of Honorable District Court Judge Ursula Ungaro-Benages, 301 N. Miami Avenue, 11th Floor, Miami, FL 33128, (305) 523-5559 (fax) on this 11th day of May, 2000.

_____
Attorney

201588.1