

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>A Delaware Corporation,<br><br>        Plaintiff,<br>v.<br><br>GULFSTREAM PARK RACING<br>ASSOCIATION, INC.,<br>A Florida Corporation,<br>LEVY PREMIUM FOOD SERVICE,<br>INC., a foreign corporation, d/b/a<br>LEVY RESTAURANTS AT<br>GULFSTREAM PARK,<br><br>        Defendant. | Case No. 00-6226-CIV-Ungaro-Benages<br><br>Magistrate Brown |

### NOTICE OF SERVING DISMISSAL WITH PREJUDICE

Dunkin' Donuts Incorporated, by and through undersigned counsel, hereby gives notice of service of the Notice of Dismissal of the above-referenced action.

Paul D. Watson
Florida Bar No. 957224
R.J. Haughey II
Florida Bar No. 0123617
BUSH ROSS GARDNER WARREN
 & RUDY, P.A.
220 South Franklin Street
Tampa, Florida 33602
(813) 224-9255
(813) 223-9620 (telecopy)



Robert L. Zisk
Larry H. Mitchell
Richard L. Creech
SCHMELTZER,, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiff
Dunkin' Donuts Incorporated

Dated: May 26, 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Voluntary Dismissal With Prejudice has been furnished via telecopy and U.S. Mail, postage prepaid, to David S. Romanik, Esq., Romanik Huss & Ivers, 20170 Pines Blvd., Suite 302, Pembroke Pines, Florida 33029, (954) 443-3067 (fax) and Mark K. Suri, Esq., Much Shelist Freed Denenberg Ament & Rubenstein, 200 N. LaSalle St., Suite 2100, Chicago, Illinois 60601, (312) 621-1750 (fax) on this 26 day of May, 2000.

_____
Attorney

202573.1

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### IN AND FOR FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware Corporation,<br>　　　　Plaintiff,<br>　v. GULFSTREAM PARK RACING ASSOCIATION, INC.,<br>a Florida corporation, and<br>LEVY PREMIUM FOOD SERVICE, INC.,<br>a foreign corporation, d/b/a LEVY RESTAURANTS AT GULFSTREAM PARK,<br>　　　　Defendants. | Case No: 00-6226-CIV-Ungaro-<br>Benages　　Magistrate Brown |

### NOTICE OF DISMISSAL

Pursuant to Rule 41, Fed.R.Civ.Proc., Plaintiff Dunkin' Donuts Incorporated voluntarily dismisses this case with prejudice. Each party shall bear its own costs and attorney's fees.

_____ _Richard L. Creech, admitted pro hac vice_
Paul D. Watson
(FL Bar #957224)
BUSH, ROSS, GARDNER, WARREN & RUDY, P.A.
220 South Franklin Street
Tampa, Florida 33602
(813) 224-9255

and

Robert L. Zisk
David E. Worthen
Richard L. Creech
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiff
Dunkin' Donuts Incorporated