UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6226-CIV-UNGARO-BENAGES

DUNKIN' DONUTS INC.,

    Plaintiff,

vs.                                **ORDER OF DISMISSAL**

GULFSTREAM PARK RACING
ASSO., INC., et al.,

    Defendants.
_____/

FILED by _____ D.C.
JUN 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal, filed May 26, 2000.

THE COURT has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the above-styled cause is hereby DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record