UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6226-CIV-UNGARO-BENAGES

DUNKIN' DONUTS INC.,

    Plaintiff,

vs.

GULFSTREAM PARK RACING
ASSO., INC., et al.,

    Defendants.
_____/



FILED by _____ D.C.

JUN 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that all pending motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of May, 2000.

                                                        URSULA UNGARO-BENAGES
                                                        UNITED STATES DISTRICT JUDGE